## ~~PROPOSED~~ ORDER/COVER SHEET

TO: **Honorable James Larson**
Chief U.S. Magistrate Judge

RE: Je Hyun Kim

FROM: **Claudette M. Silvera, Chief**
U.S. Pretrial Services Officer

DOCKET NO.: CR 06-00617 JL

DATE: October 18, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Paul Mamaril**
U.S. PRETRIAL SERVICES OFFICER

510-637-3757
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __F__ on __10-26-06__ at __11:00 A.M.__.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER

10-22-06
DATE

Cover Sheet (12/03/02)