| | |
|---|---|
| 1 | KEVIN V. RYAN (CABN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CABN 230237)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6488 |
| 7 | Fax: (415) 436-7234<br>Email: Derek.Owens@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 06-0617 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | HEARING |
| | ) | |
| JE HYUN KIM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The above referenced matter is on calendar for a sentencing hearing on December 21, 2006 at 11:00 a.m. After consulting with the Probation Officer assigned to the case, the parties hereby jointly request that the sentencing hearing be continued to

//
//
//
//

Stipulation and [Proposed] Order

1  March 1, 2007, at 11:00 a.m. before the Honorable James Larson.

SO STIPULATED:

                                        KEVIN V. RYAN
                                        United States Attorney

DATED: 12/19/2006           /s/ Derek R. Owens
                                        DEREK R. OWENS
                                        Special Assistant United States Attorney

DATED: 12/20/06             /s/ Alex Park
                                        ALEX PARK
                                        Attorney for Je Hyun Kim

**ORDER**

The sentencing hearing currently set before this Court on December 21, 2006, at 11:00 a.m., is hereby continued. The matter is reset for a sentencing hearing before the Honorable James Larson on March 8, 2007, at 11:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12-21-06

*IT IS SO ORDERED*
/s/ James Larson
Judge James Larson

Stipulation and [Proposed] Order